UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DOMINIQUE L. COLLINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV422-137 |
| | ) | |
| MR. PAULK, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

*Pro se* petitioner Dominique L. Collins is incarcerated at the Irwin County Detention Center in Ocilla, Georgia. *See* doc. 1 at 1. He has filed this petition, pursuant to 28 U.S.C. § 2241, to challenge the Federal Bureau of Prison's calculation of his sentence. *See* doc. 1 at 2, 6. He also seeks to pursue his case *in forma pauperis*. Doc. 2. Since it is clear that this Court is not the proper venue for his petition, the Court will transfer it.

Unlike other forms of habeas relief, petitions under § 2241 "may be brought *only* in the district court for the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991) (emphasis added); *United States v. Kinsey*, 393 F. App'x 663, 664

(11th Cir. 2010) ("Unlike § 2255 motions, motions made pursuant to § 2241 must be brought only in the district court for the district in which the inmate is incarcerated." (quotes and cite omitted)).  Ocilla, where Petitioner is incarcerated, is located in Irwin County, in the Middle District of Georgia.  *See* 28 U.S.C. § 90(b)(6).  As plaintiff is not incarcerated in this district, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the Middle District of Georgia for all further proceedings.  28 U.S.C. §§ 1404(a), 1406 (district courts may dismiss or transfer cases suffering venue defects).

    **SO ORDERED**, this 25th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA